# United States District Court
CENTRAL DISTRICT OF ILLINOIS

Arthur D. Wheeler,

    Plaintiff

vs.

Mason County Sheriffs Dpmk

Paul Gann
Steve Burgett
Steve Baker
Robert Beck
C.O. Phil

    Defendant(s)

Case No. 16-3244
*(The case number will be assigned by the clerk)*

FILED
AUG 31 2016
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☐ 42 U.S.C. §1983 (state, county or municipal defendants)

☒ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

---

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Arthur David Wheeler

Prison Identification Number: 20115-026

Current address: 844 W. Lincoln St. Pontiac IL, 61764

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Paul Gann

Current Job Title: Sheriff

Current Work Address: 102 W. Market St. Havana IL, 62644

Defendant #2:

Full Name: Steve Burgett

Current Job Title: Chief Deputy

Current Work Address: 102 W. Market St. Havana IL, 62644

Defendant #3:

Full Name: Steve Baker

Current Job Title: Chief Detective

2

Current Work Address 102 W. Market St. Havana IL 62644

Defendant #4:

Full Name: Robert Beck

Current Job Title: Correctional officer

Current Work Address 102 W. Market St. Havana IL 62644

Defendant #5:

Full Name: Phil (LNU)

Current Job Title: Correctional officer

Current Work Address 102 W. Market St. Havana IL 62644

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☒    No ☐

If yes, please describe misuse of force by a correctional officer from the same county different people and time

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒    No ☐

C. If your answer to B is yes, how many? 1    Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number Central Dist. Illinois
   Wheeler v. Mason County Sheriff's D.p.m.t.

2. Basic claim made 550 Prisoner: Civil Rights

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) Still Pending

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☐ No ☒

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☐ No ☒

If your answer is no, explain why not I asked for one but the officers never brought me one but I do have Federal sick call slips at my current facility turned in

C. Is the grievance process completed? Yes ☐ No ☒

## V. STATEMENT OF CLAIM

Place(s) of the occurrence Mason County Sheriff's D.p.m.t.

4

Date(s) of the occurrence  March 5th-10th, 2016

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

On March 5th, 2016 I informed C.O. Richardson and Phil that other inmates were calling me a pedofile and telling me to kill myself. C.O. Phil stood at my door and laughed at me, so I then retallyate by flooding the jail.

On March 6th, 2016 I informed C.O. Richardson and Boyd that the name calling and threats were still going on. I also informed both officers if it didn't quit that I would fill the cup with urine out of my toilet because it was shut off on March 5th, and start throwing it. The incident had continued when, C.O. Richardson and Boyd were doing trash lap. I threw a stirofoam cup of urine in richardson's face seeing how she was repeatedly warned.

On March 7th, 2016 I asked C.O. Beck and Phill if I could get my toilet turned on so I could flush it. Beck responded "no" I then told Beck not to bring me my meals until the toilet is flushed. C.O. Beck then stated "I want you to know I'm not your friend and I hope you do every bit of (20) years". C.O. Beck finished passing

5

out breakfast and due to the fact the toilet was not getting turned on to for (2) days I decided to throw urine under the door to avoid having to smell it. C.O. Beck told me to cuff up and step out while C.O. Phil mopped it up. After being put back in my cell and uncuffed I tied my blanket to the bars above the tv and jumpped off of the back of the toilet. After I was cut down and taken up front by C.O. Beck, det. Baker and C.O. Phil I felt C.O. Phil pulling upward on the handcuffs, so I had informed the (3) officers that I had a bad back. After I had told C.O. Beck, Phil, and Det. Baker that I had a bad back C.O. Phil pulls up on the handcuff's slamming my face into the floor leaving a bruise and a knot for about a month the knot is still on the leftside of my head. The paramedics were called and they instructed to put an ice pack on the bump. I have filled out sick slips concerning the matter. Since I was removed from the Mason County Jail on March 10, 2016.

RELIEF REQUESTED

(State what relief you want from the court.)

The physical abuse of the plaintiff by

$250,000.00 jointly and severally against defendants Baker, Beck, Phil for the physical and emotional injuries sustained as a result of the plaintiff's beating.

$50,000.00 each against defendants Baker, Beck, Phil,

$25,000.00 each against defendants Gann and Burgett

$100,000.00 each against defendant Mason County Sheriff's Department

Grant such other relife as it may appear that plaintiff is entitled

8/25/16

Respectfully
Arthur D. Wheeler
844 W. Lincoln St.
Pontiac IL 61764

defendants Baker, Beck, and Phil, violated the plaintiff's rights under the eighth amendment to the United State Constitution and constituted an assult and batter under state law. Sheriff Gann and Chief Deputy Burgett failure to take action to curb the physical abuse of prisoners violated the plaintiff's rights under the eighth amendment to the United states constitution and constituted an assult and battery under state law.

JURY DEMAND    Yes ☒    No ☐

Signed this 25th day of August, 20 16.

*Arthur D. Wheeler*
( Signature of Plaintiff)

| Name of Plaintiff: Arthur D. Wheeler | Inmate Identification Number: 20115-026 |
|---|---|
| Address: 844 W. Lincoln St. Pontiac IL 61264 | Telephone Number: 1(815) 842-5774 |

9

Arthur Wheeler  
Livingston County Jail  
844 W. Lincoln St.  
Pontiac IL 61764

United States Dist. Court  
Office of the Clerk Rm 309  
100 N.E. Monroe  
Peoria IL, 61602

